IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LORENZA DOMINGO, )<br>)<br>)<br>Defendant. ) | 22 CR 20057<br>Hon. Judge Colin S. Bruce |

**LORENZA DOMINGO-CASTANEDA'S MOTION
FOR PRE-TRIAL RELEASE**

NOW COMES Defendant, LORENZA DOMINGO-CASTANEDA, through her counsel, JOSHUA B. ADAMS, and JACOB BRISKMAN, pursuant to The Bail Reform Act, §3142, and respectfully requests that this honorable Court admit her to bond pending the resolution of her case. In support of her motion, Ms. Domingo-Castaneda states the following.

**I. Background**

On June 15, 2021, federal agents arrested Ms. Domingo-Castaneda for fraud and misuse of visa permits, and illegal re-entry. On July 6, 2021, this honorable Court denied Ms. Domingo-Castaneda's motion for release and Ms. Domingo-Castaneda has been in custody since that date. On July 25, 2022,

the government filed additional charges against Ms. Domingo-Castaneda related to allegations of forced labor and kidnapping.

The case was set for trial on February 14, 2023, where Ms. Castaneda was prepared to move forward and defend against these charges. On January 31, 2023, despite Ms. Domingo-Castaneda's objection and request to sever, the Court continued the trial to September 19, 2023.

Ms. Domingo-Castaneda now asks this honorable Court to reconsider its initial decision to deny her pre-trial release and set a reasonable bond pending the disposition of this criminal matter. While this case does carry a presumption of detention, Ms. Domingo-Castaneda can rebut this presumption. She does not have a history of violations of bond forfeiture and has close ties to this community. Moreover, she is a mother to young children. Reasonable conditions of bond can be set which will ensure the safety of the community and Ms. Domingo-Castaneda's appearance in Court.

## II. This Honorable Court should release Ms. Domingo-Castaneda to home incarceration.

The supreceeding indictment creates a presumption against detention. Based on the Pre-Trial Services report, Ms. Domingo-Castaneda has a misdemeanor battery conviction she successfully completed without violations. Ms. Domingo-Castaneda has no history of bond forfeitures or

violations while on release. Her husband needs her; her children need their mother.

Ms. Domingo-Castaneda should enjoy the presumption of innocence. and these allegations should not be considered in this honorable Court's determination of bond. Ms. Domingo-Castaneda respectfully requests this honorable Court release Ms. Domingo-Castaneda to the proposed third-party custodian along with home incarceration.

Respectfully submitted,

/s/Joshua B. Adams
Joshua B. Adams
Counsel for Lorenza Domingo-Castaneda

/s/Jacob S. Briskman
Jacob S. Briskman
Counsel for Lorenza Domingo-Castaneda

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
900 W. Jackson Blvd, Suite 7 East
Chicago, IL 60604
(312) 566-9173

Jacob S. Briskman
JACOB S. BRISKMAN, ATTORNEY AT LAW P.C.
2054 N California Ave.
Chicago, IL 60647
(312) 945-6207